IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| COOK, HEYWARD, LEE, HOPPER, & FEEHAN, P.C., a Virginia Professional Corporation, *et al.*, | : : : : | |
| v. | : : | Case No. 3:12-CV-0131-HEH |
| TRUMP VIRGINIA ACQUISITIONS LLC, *et al.*, | : : : : | |
| Defendants. | : | |

## DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS

COME NOW, the defendants, TRUMP VIRGINIA ACQUISITIONS, LLC, TRUMP VINEYARD ESTATES, LLC, THE TRUMP ORGANIZATION, INC., and JASON GREENBLATT (collectively, "Defendants"), by counsel and pursuant to Rule 12(b)(1) of the FED. R. CIV. P., and move this Court to dismiss this action. Defendants rely on the argument and authority set forth in their contemporaneously filed Memorandum in Support hereof.

/s/ Gary A. Kalbaugh, Jr._____
G.A. "Chip" Kalbaugh, VSB# 26310
Brian A. Cafritz, VSB# 34366
James L. Hoyle, VSB# 82238
*Counsel for Defendants*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Chip.Kalbaugh@kpmlaw.com
Brian.Cafritz@kpmlaw.com
Lee.Hoyle@kpmlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I filed the foregoing Rule 12(b)(1) Motion to Dismiss with the Clerk of Court electronically via the CM/ECF system this 7th day of November, 2013, which caused a true and accurate copy of the same to be sent, to:

    /s/ Gary A. Kalbaugh, Jr.
G.A. "Chip" Kalbaugh, VSB# 26310
Brian A. Cafritz, VSB# 34366
James L. Hoyle, VSB# 82238
*Counsel for Defendants*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Chip.Kalbaugh@kpmlaw.com
Brian.Cafritz@kpmlaw.com
Lee.Hoyle@kpmlaw.com