IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| COOK, HEYWARD, LEE, HOPPER & FEEHAN, P.C., a Virginia Professional Corporation, <br><br>and<br><br>DAVID D. HOPPER, Individually,<br><br>       Plaintiffs,<br><br>v.<br><br>TRUMP VIRGINIA ACQUISITIONS LLC, TRUMP VINEYARD ESTATES LLC, and THE TRUMP ORGANIZATION, INC.,<br><br>and<br><br>JASON GREENBLATT, Individually,<br><br>       Defendants. | Civil Action No. 3:12-CV-0131-HEH |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and by stipulation of the parties, by counsel, it is hereby ADJUDGED, ORDERED and DECREED that the instant matter is DISMISSED WITH PREJUDICE.

The Clerk is hereby directed to send a certified copy of this Order, as entered, to all counsel of record herein.

ENTER:   /     /

_____
Honorable Henry E. Hudson
United States District Judge

WE ASK FOR THIS:

   */s/ Harris D. Butler, III*
Harris D. Butler, III (VSB No. 26483)
Rebecca H. Royals (VSB No. 71420)
Paul M. Falabella (VSB No. 81199)
BUTLER ROYALS, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 2321
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: harris.butler@butlerroyals.com
rebecca.royals@butlerroyals.com
paul.falabella@butlerroyals.com

*Counsel for Plaintiffs*

SEEN AND AGREED TO:

   */s/ G.A. Chip Kalbaugh, Jr.*
G.A. "Chip" Kalbaugh, Jr., (VSB No. 26310)
Brian A. Cafritz (VSB No. 34366)
James L. Hoyle (VSB No. 82238)
KALBAUGH PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
804.320.6300 Phone
804.320.6312 Fax
Email:   Chip.Kalbaugh@kpmlaw.com
Brian.Cafritz@kpmlaw.com
James.Hoyle@kpmlaw.com

*Counsel for Defendants*

## Certificate of Service

I hereby certify that on the 10th day of January, 2013, I electronically filed the foregoing *Stipulation of Dismissal With Prejudice* with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

G.A. "Chip" Kalbaugh, Jr., (VSB No. 26310)
Brian A. Cafritz (VSB No. 34366)
James L. Hoyle (VSB No. 82238)
KALBAUGH PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
804.320.6300 Phone
804.320.6312 Fax
Email:   Chip.Kalbaugh@kpmlaw.com
Brian.Cafritz@kpmlaw.com
James.Hoyle@kpmlaw.com

*Counsel for Defendants*

                                                  */s/ Harris D. Butler, III*
                                                Harris D. Butler, III (VSB No. 26483)
                                                BUTLER ROYALS, PLC
                                                140 Virginia Street, Suite 302
                                                Richmond, Virginia 2321
                                                Telephone: (804) 648-4848
                                                Facsimile: (804) 237-0413
                                                Email: harris.butler@butlerroyals.com