IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| COOK, HEYWARD, LEE, HOPPER & FEEHAN, P.C., a Virginia Professional Corporation, and DAVID D. HOPPER, Individually, Plaintiffs, v. TRUMP VIRGINIA ACQUISITIONS LLC, TRUMP VINEYARD ESTATES LLC, and THE TRUMP ORGANIZATION, INC., and JASON GREENBLATT, Individually, Defendants. | Civil Action No. 3:12-CV-0131-HEH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and by stipulation of the parties, by counsel, it is hereby ADJUDGED, ORDERED and DECREED that the instant matter is DISMISSED WITH PREJUDICE.

The Clerk is hereby directed to send a certified copy of this Order, as entered, to all counsel of record herein.

ENTER: Jan/ 13 / 2014

_____
Honorable Henry E. Hudson
United States District Judge

WE ASK FOR THIS:

*/s/ Harris D. Butler, III*
Harris D. Butler, III (VSB No. 26483)
Rebecca H. Royals (VSB No. 71420)
Paul M. Falabella (VSB No. 81199)
BUTLER ROYALS, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 2321
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: harris.butler@butlerroyals.com
rebecca.royals@butlerroyals.com
paul.falabella@butlerroyals.com

*Counsel for Plaintiffs*


SEEN AND AGREED TO:

*/s/ G.A. Chip Kalbaugh, Jr.*
G.A. "Chip" Kalbaugh, Jr., (VSB No. 26310)
Brian A. Cafritz (VSB No. 34366)
James L. Hoyle (VSB No. 82238)
KALBAUGH PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
804.320.6300 Phone
804.320.6312 Fax
Email:  Chip.Kalbaugh@kpmlaw.com
Brian.Cafritz@kpmlaw.com
James.Hoyle@kpmlaw.com

*Counsel for Defendants*